No. 05–6368.  OTTINGER v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 05–6371.  SIMPSON v. POLK, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 05–6374.  BEN-YISRAYL, FKA DAVIS v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 05–6376.  BLAKE v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS.  C. A. 3d Cir.  Certiorari denied.

No. 05–6378.  TWILLEY v. GAY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–6380.  YOUNG v. MARSHALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–6390.  DAVIDO v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 05–6391.  MCCARTY v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 05–6399.  BRITT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–6401.  FLETCHER v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 05–6414.  GIBSON v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 8th Cir.  Certiorari denied.

No. 05–6427.  QUOC XUONG LUU v. CAREY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–6433.  LOPEZ-CARRANZA v. GONZALES, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.

No. 05–6468.  LEAPHART v. PALAKOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir.  Certiorari denied.